## UNITED STATES *v.* OHIO.

*Solicitor General Marshall, Assistant Attorney General Douglas, Morton Hollander* and *J. F. Bishop* for the United States.

*William B. Saxbe,* Attorney General of Ohio, and *Gerald A. Donahue,* First Assistant Attorney General, for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment is reversed.   *Wickard* v. *Filburn,* 317 U. S. 111.

## FERRANTE *v.* CITY OF NEW YORK ET AL.

No. 277.   Decided October 10, 1966.

*Henry Mark Holzer* for appellant.

*J. Lee Rankin* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.